```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

FLOWERS TODAY, INC.

                Defendant.

Docket No: 1:20-cv-08263-VEC

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated:    Queens, New York
             January 29, 2021

Respectfully submitted,

/s/ *Mars Khaimov*

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com

---

This case is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to terminate all deadlines and close this case.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: February 1, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE